## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Barnes & Noble Inc.,<br><br>Defendant, | Case No.: 24-cv-00142(PJS/DLM)<br><br>**STIPULATION OF DISMISSAL** |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

Dated:  June 24, 2024         **THRONDSET MICHENFELDER, LLC**

By: */s/Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
pat@throndsetlaw.com
jason@throndsetlaw.com

Dated:  June 27, 2024         **OGLETREE DEAKINS**

By: */s/Andrew E. Tanick*
Andrew E. Tanick
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Tel: (612) 336-6871
Email: andrew.tanick@ogletreedeakins.com