UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JULIE DALTON,    Case No. 24-CV-0142 (PJS/DLM)

    Plaintiff,

v.    ORDER OF DISMISSAL

BARNES & NOBLE INC.,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on June 27, 2024 [ECF No. 21],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: June 27, 2024

                                                              s/Patrick J. Schiltz
                                                              Patrick J. Schiltz, Chief Judge
                                                              United States District Court